<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7298**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CATALINO BENITEZ-VALLEJO,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (CR-99-121, CA-00-1061-1)

———————

Submitted:  March 20, 2003          Decided:  March 25, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Catalino Benitez-Vallejo, Appellant Pro Se.  Steven Hale Levin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Catalino Benitez-Vallejo seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Benitez-Vallejo has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 123 S.Ct. 1029 (U.S. Feb. 25, 2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2